No. 418. NORTHERN TRUST COMPANY, AS TRUSTEE, ETC., PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE

OF ILLINOIS. In error to the Supreme Court of the State of Illinois. Motion to dismiss or affirm submitted March 16, 1914. Decided April 13, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Hazeltine* v. *Central Bank of Missouri*, 183 U. S. 130; *M. & K. Interurban Railway Co.* v. *Olathe*, 222 U. S. 185; *Louisiana Navigation Co.* v. *Oyster Commission*, 226 U. S. 99; *Pons* v. *Yazoo & Miss. Valley R. R. Co.*, 232 U. S. 720. *Mr. Samuel Alschuler* and *Mr. Charles R. Holden* for the plaintiff in error. *Mr. Patrick J. Lucey* and *Mr. Lester H. Strawn* for the defendant in error.